**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
SEP 01 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Enos F Taplin Jr.

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Cook County - Thomas J. Dart

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 1:16-cv-7844
or 1:16-cv-7737
or 1:16-cv-7736
or 1:16-cv-7735
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

___  **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

  A. Name: Enos F Taplin Jr

  B. List all aliases: None

  C. Prisoner identification number: 20150915076

  D. Place of present confinement: Cook County

  E. Address: 2700 California Ave Chicago, IL 60608

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

  (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Cook County Thomas J. Dart

   Title: Enos F Taplin Jr. vs Thomas J. Dart

   Place of Employment: Richard J. Daley Center

  B. Defendant: ___

   Title: ___

   Place of Employment: ___

  C. Defendant: ___

   Title: ___

   Place of Employment: ___

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: 1:16-cv-7736, 1:16-cv-7735 or 1:16-cv-7737 or 16-cv-7844

    B. Approximate date of filing lawsuit: 7-18-16

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Enos F Taplin Jr

    D. List all defendants: Thomas J. Dart

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court

    F. Name of judge to whom case was assigned: John J. Tharp Jr.

    G. Basic claim made: Civil

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Upon admission to Cook County Jail I informed the intake medical staff that I have bronchitis and I use a inhaler. And I have now been incarcerated for seven months and I still have not recieved a inhaler or any type of medication for my condition. I have filled out multiple medical slips to no avail. And there are no windows that open in D. Vision 10 where I am being housed and I continuously breath circulated air which is of poor quality. Periodically two of the tier that I have been housed on fill with smoke, for reasons unknown to me. And twice I was evacuated off of tier 2-B because of the smoke that filled the tier. When I was on tier 1-D the officers never evacuated any of the detainees off the tier even though it was filled with smoke. On both tiers I told the tier officer that I was having a hard time breathing, but nothing was done to elevate my suffering.

Wherefore I am suing the County of Cook under Monell for deliberate indifference and subjecting me to cruel and unusual punishment, which is a violation of my eigth Amendment Constitutional Rights. ~~I am sending the complete grievance process to show proof for my complaint.~~

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory damages for the amount of 500,000 for pain and suffering and intentional infliction of emotional distress and anything else the court deems fit.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18th day of July, 2016

_Emry F Taplin Jr_
(Signature of plaintiff or plaintiffs)

_Eric F Taplin Jr._
(Print name)

_2015091507b_
(I.D. Number)

_P.O. Box 089002_
_California Ave Chicago, IL_
_60608_
(Address)

6

Revised 9/2007



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
|  |  |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
- [ ] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

### REFERRED TO:
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Taylor | Enos | 2015C915C06 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 8 RTU | 4F | 5-23-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 5-23-16 | 5:00 am | DIV 8 RTU 4F |

I haven't got my asthma inhaler since I've been here I am having trouble breathing and after an appeal with a control number I still haven't got an asthma inhaler after filling out medical slips since then.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I am asking with all due process that this problem be taken care of, because I've been without an asthma inhaler since 9-15-15.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
|  | Enos Taylor |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Mitchell | *[signature]* | 5/23/16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
|  |  |  |

(FCN-40)(APR15) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

0408644
Code-200

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL #: NA

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME: Taylor
INMATE FIRST NAME: Ena
ID Number: 20150915076

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** 200 Medical Treatment

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):** Inmate filed grievance on issue control #2016x3197.

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** Cermak
**DATE REFERRED:** 5/__/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** You do not have an order for an inhaler. Submit a HSRF & let nursing know if you are having asthma symptoms.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Susan Shebel
**SIGNATURE:** Susan Shebel RN
**DATE:** 6/9/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

**NON-GRIEVANCE SUBJECT CODE:** 200
**INMATE SIGNATURE:** Ena Taylor

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** ___/___/___

**INMATE'S BASIS FOR AN APPEAL:**

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** ☐ Yes  ☐ No

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:**

FCN-48 (Rev. 09/14) — WHITE COPY - PROGRAM SERVICES — YELLOW COPY - CRW / PLATOON COUNSELOR — PINK COPY - INMATE



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| ☐ GRIEVANCE | ☐ NON-GRIEVANCE (REQUEST) |
|---|---|
| CONTROL # | INMATE ID # |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

- **PRINT - INMATE LAST NAME** *(Apellido del Preso):* Imhr
- **PRINT - FIRST NAME** *(Primer Nombre):* Enes
- **INMATE BOOKING NUMBER:** 2015CC15C76
- **DIVISION:** 8 RTU
- **LIVING UNIT:** 4F
- **DATE:** 5-23-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- **DATE OF INCIDENT:** 5-23-16
- **TIME OF INCIDENT:** 5:00am
- **SPECIFIC LOCATION OF INCIDENT:** DIV 8 RTU 4F

I haven't got my asthma inhaler since I've been here. I am having trouble breathing and after an appeal with a control number I still haven't got an asthma inhaler after filling out medical slips since then.

**ACTION THAT YOU ARE REQUESTING:**

I am asking with all due respect that this problem be taken care of because I've been without an asthma inhaler since 9-15-15.

**CRW/PLATOON COUNSELOR (Print):** Mitchell
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 5/23/16

(FCN-40)(APR15)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

0408649
Code-200

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL #: NA

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME: Tanlyn
INMATE FIRST NAME: Ener
ID NUMBER: 20150915076

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 200 Medical treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): Inmate filed grievance on issue control #2016x3197.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: Cermak
DATE REFERRED: 5/__/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: You do not have an order for an inhaler. Submit a HSRF & let nursing know if you are having asthma symptoms.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Susan Shebel
SIGNATURE: Susan Shebel RN
DIV./DEPT.: 
DATE: 6/9/16

NON-GRIEVANCE (REQUEST) SUBJECT CODE:
☐ GRIEVANCE SUBJECT CODE: ____
☒ NON-GRIEVANCE SUBJECT CODE: 200

INMATE SIGNATURE: Ener Tashi
DATE RESPONSE WAS RECEIVED: __/__/__

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* *Las apelaciones tendrán que ser sometidas dentro de los 14 días, a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: __/__/__

INMATE'S BASIS FOR AN APPEAL:

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? ☐ Yes ☐ No

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:

ADMINISTRATOR / DESIGNEE (Print): 
SIGNATURE: 
DATE: __/__/__

INMATE SIGNATURE: 
DATE INMATE RECEIVED APPEAL RESPONSE: __/__/__



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡Para ser llenado solo por el personal de Inmate Services!)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

- **PRINT - INMATE LAST NAME:** Taplin
- **PRINT - FIRST NAME:** Enos
- **INMATE BOOKING NUMBER:** 20150715026
- **DIVISION:** 8 RTU
- **LIVING UNIT:** 4F
- **DATE:** 7-11-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

**DATE OF INCIDENT:** 7-11-16  **TIME OF INCIDENT:** 8:00 am  **SPECIFIC LOCATION OF INCIDENT:** Div 8 RTU 4F-1F

I have a bad case of asthma I have been filling out medical slips for a asthma pump since 18 Dec. 2015 I have seen the doctor's on different dispensary calls and had to blow in the asthma tester and was told my asthma pump would be on the way. I never got my asthma inhaler and when I exercise or play ball at recreation my heart beat races.

**ACTION THAT YOU ARE REQUESTING:**

I ask with all due process that this medical issue be met & I have a control number for this problem I didn't respond to it so I'm filling this grievance over to respond on the treat.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**INMATE SIGNATURE AND DATE:** Enos Taplin

**CRW/PLATOON COUNSELOR (Print):** S Davis
**SIGNATURE:** S Davis
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 7-12-16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**  **SIGNATURE:**  **DATE REVIEWED:**

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡ Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- [ ] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

### INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME: | PRINT - FIRST NAME: | INMATE BOOKING NUMBER: |
|---|---|---|
| Taplin | Enos | 2015091506 |
| DIVISION: 8 RTU | LIVING UNIT: 4F | DATE: 7-11-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

| DATE OF INCIDENT | TIME OF INCIDENT | SPECIFIC LOCATION OF INCIDENT |
|---|---|---|
| 7-11-16 | 8:00 am | Div 8 RTU 4F-E |

I have a bad case of asthma. I have been filling out medical slips for a asthma pump since Dec. 2015. I have seen the doctor's on different dispensary calls and had to blow in the asthma tester and was told my asthma pump would be on the way. I never got my asthma inhaler and when I exercise or play ball at recreation my heart beat races.

**ACTION THAT YOU ARE REQUESTING:**

I ask with all due process that this medical issue be met & I have a control number for this problem. I didn't respond to it so I'm filling this grievance over to respond on the appeal.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION: | INMATE SIGNATURE AND DATE: |
|---|---|
| | Enos Taplin |

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE RECEIVED: |
|---|---|---|
| S Davis | S Davis | 7-12-16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

O408649
190

[x] GRIEVANCE  [ ] NON-GRIEVANCE (REQUEST)

CONTROL #: 2016 5825

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso)*: Taylor
INMATE FIRST NAME *(Primer Nombre)*: Enos
ID Number *(# de identificación)*: 20150715016

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
190 - Medical Prescription

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO: Cermak
DATE REFERRED: 7/12/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:
You do not have an order for an asthma pump. No record of asthma diagnosis. If symptoms worsen let co/nurse known submit a HSRF.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Susan Shebel
SIGNATURE: Susan Shebel RN
DATE: 7/27/16

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DIV./DEPT:
DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
[x] GRIEVANCE SUBJECT CODE: 190
[ ] NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso)*: Enos Taylor

DATE RESPONSE WAS RECEIVED: 7/28/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: ___/___/___

INMATE'S BASIS FOR AN APPEAL:
I still have not got my asthma inhaler since I had to close after 2 numerous of medical staff...

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?  Yes [ ]  No [x]

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:
Seen by provider in Primary Care 8/10 Albuterol Inhaler ordered. Submit HSRF when you need the inhaler replaced.

ADMINISTRATOR / DESIGNEE: Susan Shebel
SIGNATURE: Susan Shebel RN
DATE: 8/17/16

INMATE SIGNATURE:
DATE INMATE RECEIVED APPEAL RESPONSE: 8/22/16

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

[X] GRIEVANCE   [ ] NON-GRIEVANCE (REQUEST)

CONTROL #: 2016 5825

### INMATE INFORMATION

- INMATE LAST NAME: Taplin
- INMATE FIRST NAME: Enos
- ID Number: 20150715016

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
190 - Medical Prescription

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE:

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: Cermak
DATE REFERRED: 7/12/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:
You do not have an order for an asthma pump. If your asthma diagnosis of symptoms worsen, let CO/nurse know or submit a HSRF.

PERSONNEL RESPONDING TO GRIEVANCE: Susan Shebel
SIGNATURE: Susan Shebel RN
DATE: 7/27/16

GRIEVANCE SUBJECT CODE: 190
INMATE SIGNATURE: Enos Taplin
DATE RESPONSE WAS RECEIVED: 7/28/16

### INMATE'S REQUEST FOR AN APPEAL

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

DATE OF INMATE'S REQUEST FOR AN APPEAL: ___/___/___

INMATE'S BASIS FOR AN APPEAL:
I still have not got my asthma inhaler since I have been here, after 2 months of medical slip and grievances.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes [ ] No [X]

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:
Seen by provider in Primary Care 8/10. Albuterol inhaler ordered. Submit HSRF when you need the inhaler replaced.

ADMINISTRATOR / DESIGNEE: Susan Shebel
SIGNATURE: Susan Shebel RN
DATE: 8/17/16

DATE INMATE RECEIVED APPEAL RESPONSE: 8/___/16

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE